■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PATRICK AUSTIN, Appellant. [741 NYS2d 703] —Appeal by the defendant from a judgment of the County Court, Suffolk County (Ohlig, J.), rendered March 2, 1998, convicting him of murder in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see* CPL 470.15 [5]).

The sentence imposed was not excessive (*see People v Suitte,* 90 AD2d 80).

The defendant's remaining contentions are without merit. Santucci, J.P., Altman, S. Miller and McGinity, JJ., concur.